**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6784**

_____

ANTHONY BERNARD BURNSIDE,

                                        Plaintiff - Appellant,

            versus

JOHN L. KINLAW, Superintendent Greenwood
School District #50; GERALD BROOKS, Chief of
Police Greenwood Police Department; HUGH
BUTLER, Captain, Greenwood Police Department,
in their individual and official capacity,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge.
(CA-00-1175-8-20AK)

_____

Submitted:  October 18, 2001          Decided:  October 25, 2001

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Bernard Burnside, Appellant Pro Se.  Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina; James Dean Jolly, Jr., LOGAN, JOLLY & SMITH, L.L.P.,
Anderson, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Bernard Burnside appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in his action alleging due process violations and defamation of character. Burnside also appeals the district court's order denying his Fed. R. Civ. P. 52 and 59 motions for amendment and reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Burnside v. Kinlaw</u>, No. CA-00-1175-8-20AK (D.S.C. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>